THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMELL S. CARAWAY, Appellant.

Submitted March 16, 2015; decided March 26, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EARL COLEMAN, Respondent.

Submitted March 16, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Jane M. Bloom, Esq., PO Box 209, Monticello, New York 12701 assigned as counsel to the respondent on the appeal herein.

Judge STEIN taking no part.